In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-393 CR


____________________



JERMAINE NORMAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 85162






MEMORANDUM OPINION (1)


 This appeal arises from the denial of bail pending appeal. The appeal was dismissed
for lack of jurisdiction, and our mandate issued on October 28, 2003. See Norman v.
State, No. 09-03-309 CR (Tex. App.-Beaumont 2003, no pet.). This appeal is moot. See
Watkins v. State, 883 S.W.2d 377, 378 (Tex. App.-Tyler 1994, no pet.). Accordingly,
the appeal is dismissed.

 DISMISSED.

 PER CURIAM



Opinion Delivered November 20, 2003 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.